UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>v.<br><br>32 MAIN STREET, MONSON, MA;<br>36 MAIN STREET, MONSON, MA;<br>151 PALMER ROAD, MONSON, MA;<br>4026 PLEASANT STREET, THORNDIKE,<br>MA; and 2041-2043 HIGH STREET,<br>THREE RIVERS, MA,<br>                Defendants. | Civil Action No.: 3:20-cv-30108-MGM<br><br>**JURY TRIAL DEMANDED**<br><br>**Leave to file this Answer granted on 11-12-20, by Order of this Court** |

## Verified Answer with Affirmative Defenses in Response to the Plaintiff's First Amended Verified Complaint for Forfeiture *In Rem*

The Defendants, 151 PALMER ROAD, MONSON, MA; 4026 PLEASANT STREET, THORNDIKE, MA; and 2041-2043 HIGH STREET, THREE RIVERS, MA; (collectively referred to as "Defendants") by their attorneys, The Scher Law Firm, LLP, submit, as its Answer with Affirmative Defenses to the Plaintiff's First Amended Verified Complaint for Forfeiture *In Rem* as follows:

1. Admit the allegations contained in paragraph numbered "1" of the First Amended Verified Complaint for Forfeiture *In Rem*.

2. Deny knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph numbered "2" of the First Amended Verified Complaint for Forfeiture *In Rem*.

3. Deny knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph numbered "3" of the First Amended Verified Complaint for Forfeiture *In Rem*.

4. Deny knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph numbered "4" of the First Amended Verified Complaint for Forfeiture *In Rem*.

5. Deny knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph numbered "5" of the First Amended Verified Complaint for Forfeiture *In Rem*.

6. Deny knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph numbered "6" of the First Amended Verified Complaint for Forfeiture *In Rem*.

## PRAYER FOR RELIEF

7. The Defendants are not required to respond to the allegations contained in the Plaintiff's Wherefore Paragraph because those allegations are merely characterizations of the relief requested by the Plaintiff. To the extent that a response is required, the Defendants deny that the Plaintiff is entitled to the relief it seeks.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

8. The owners of the Defendants, 151 PALMER ROAD, MONSON, MA; 4026 PLEASANT STREET, THORNDIKE, MA; and 2041-2043 HIGH STREET, THREE RIVERS, MA; had no knowledge of the activities at the properties.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

9. The owners of the Defendants, 151 PALMER ROAD, MONSON, MA; 4026 PLEASANT STREET, THORNDIKE, MA; and 2041-2043 HIGH STREET, THREE RIVERS, MA; had no reason to know about the activities at the properties.

**WHEREFORE,** the Defendants respectfully request that the Court: (1) dismiss the Plaintiffs' First Amended Verified Complaint for Forfeiture *In Rem*; (2) award the Defendants costs, disbursements, reasonable attorneys' fees incurred in defending this action; (3) grant such other and further relief as may be just, proper and equitable, and (4) afford to the Defendants herein, a JURY TRIAL, on all causes of action for which a jury is permitted to be the trier of issues of fact, as Defendants expressly demand a jury trial in this Action.

Dated: Everett, MA
November 13, 2020

/s/ Scott Gediman
Scott Gediman, Esq.
Gediman & Gediman, PC
512 Broadway
Everett, MA 02149
scott@gedimanandgediman.com
*Local Counsel for Defendants:*

36 MAIN STREET, MONSON MA;
151 PALMER ROAD, MONSON, MA;
4026 PLEASANT STREET, THORNDIKE, MA; *and*
2041-2043 HIGH STREET, THREE RIVERS, MA

Dated: Carle Place, NY
November 9, 2020

_____
Jonathan L. Scher, Esq.
The Scher Law Firm, LLP
One Old Country Road, Suite 385
Carle Place, New York 11514
(516) 746-5040
jscher@scherlawfirm.com
  *Pro Hac Vice Admitted Counsel for the Defendants:*
36 MAIN STREET, MONSON MA;
151 PALMER ROAD, MONSON, MA;
4026 PLEASANT STREET, THORNDIKE, MA; *and*
2041-2043 HIGH STREET, THREE RIVERS, MA

H:\Wang, John (Boston Client)\Marijuana Crim Matter (320-cv-30108-MGM)\Pleadings\Answer_v1.docx

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br><br>               v.<br><br>32 MAIN STREET, MONSON, MA;<br>36 MAIN STREET, MONSON, MA;<br>151 PALMER ROAD, MONSON, MA;<br>4026 PLEASANT STREET, THORNDIKE,<br>MA; and 2041-2043 HIGH STREET,<br>THREE RIVERS, MA,<br>             Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:20-cv-30108-MGM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERIFICATION

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NASSAU | ) |

      **XING GAO WANG a/k/a XING GUO WANG, XING G. WANG, JOHN WANG**, being duly sworn, deposes and says under penalty of perjury that:

      Deponent is a member of Onboard Hospitality LLC, the Defendant in this matter and has read the foregoing <u>Verified Answer with Affirmative Defenses in Response to the Plaintiff's First Amended Verified Complaint for Forfeiture *In Rem*</u> and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein alleged upon information and belief, and those matters deponent believes to be true.

_[signature]_<br>
**Xing Gao Wang a/k/a Xing Guo Wang,<br>
Xing G. Wang, John Wang**

Sworn to before me this
9th day of November 2020

_[signature]_
Notary Public
JONATHAN L. SCHER
Notary Public, State of New York
No. 02SC5046700
Qualified in Nassau County
Commission Expires 4/20/24

Page 1 of 1